# Exhibit 5

# to the Deposition of

# Matthew Hyman

# August 16, 2016

**From:** Matthew Hyman
**To:** Nick Cpay
**Sent:** 2/9/2014 8:28:05 PM
**Subject:** Re: Website and email are up

EXHIBIT 4
GRAMANN REPORTING, LTD.

Looks clean! Stay on budget bro try to make the 3k back up in other areas.

Matthew Hyman
Managing Partner
Central Payment
P: 4154629336
M: 8058963673
mhyman@cpay.com

On Feb 10, 2014, at 3:47 AM, Nick Cpay <nick@cpaywi.com> wrote:

Matt,

My website and company emails are live we are moving along definitely very quick. make sure to check out our website @ www.cpaywi.com !!!!

I will keep you as posted as much I can as we move along, the initial set up of the office was a lil more expensive then I initially projected I was wrong on a few items for the office but it looks like when all is said and done I will only need about 3k more to wrap up the office set up.

As furniture and desks get delivered Ill keep you posted with pics and stuff like that as of now I have posted job adds as of today to start recruiting I'm anticipating a start live date of no more then 2 weeks from now depending on delivery of products etc..

Any how let me know what you think of my website I made it 100% from scratch my self and use materials off Cpay's site for info etc.. I think it turned out amazing. Anyhow sorry to bother you on a Sunday but if i invested 15-20k into some one to open an office I would like updates once in a while myself.

--
Respectfully,

***Nicholas Korthals***
***President***
***Cpay Wisconsin***
**C. 414.269-5439**
**O. 414.386.5339 ext.247**
**F. 414.973.2837**
**Wisconsin National Office**

EXHIBIT
5
Hyman

cpaywi.com

*CONFIDENTIALITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error; then delete it.*

--

This message has been scanned for viruses and dangerous content by **MailScanner**, and is believed to be clean.