IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| FRED HEIDARPOUR, individually and on behalf of a class of all persons and entities similarly situated, | * | |
| Plaintiffs, | * | |
| v. | * | Case No: 4:15-cv-139 (CDL) |
| CENTRAL PAYMENT CO., LLC, | * | |
| Defendant. | * | |

**DEFENDANT'S RESPONSE TO UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff has filed an Unopposed Motion for Preliminary Approval of Class Action Settlement [Doc. No. 60]. Defendant Central Payment Co., LLC ("Central Payment") does not stipulate to all of the facts contained in Plaintiff's Motion. For purposes of settlement and compromise, however, Central Payment voluntarily entered into the Settlement Agreement attached to Plaintiff's Motion and believes the proposed settlement set forth therein is fair, reasonable, and adequate, and meets the requirements of Fed.R.Civ.P. 23. Central Payment accordingly urges the Court to grant Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement.

This 22nd day of December, 2016.

PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

/s/ Alan G. Snipes
THOMAS F. GRISTINA
Ga. Bar No. 452454
ALAN G. SNIPES
Ga. Bar No. 665781
JAMES C. CLARK, JR.
Ga. Bar No. 127145

Counsel for Defendant

1111 Bay Avenue, Third Floor
P.O. Box 1199
Columbus, Georgia 31902
(706) 324-0251
tfg@psstf.com
ags@psstf.com
jcc@psstf.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served via the Court's electronic filing system on the following counsel:

Steven H. Koval
Attorney for Plaintiff
THE KOVAL FIRM, LLC
3575 Piedmont Road
15 Piedmont Center, Suite 120
Atlanta, GA 30305
Telephone: (404) 513-6651
Facsimile: (404) 549-4654
shkoval@aol.com

Edward A. Broderick
Anthony Paronich
Broderick Law, P.C.
99 High St., Suite 304
Boston, MA 02110
(508) 221-1510
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue, Esq.
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
(508) 655-1415
(508) 319-3077 *facsimile*
mmccue@massattorneys.net

This 22nd day of December, 2016.

/s/ Alan G. Snipes
Counsel for Defendant